United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 15-02644-MGW
Carol Ann Bollinger                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8          User: pbrenton          Page 1 of 1          Date Rcvd: Jun 23, 2015
                              Form ID: Dowed7         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2015.
db              Carol Ann Bollinger,    712 Lakewood Ave.,    Tampa, FL  33613-1831
cr             +Wells Fargo Bank, N.A.,    MAC# D3347-014,    3476 STATEVIEW BLVD,    FT MILL, SC 29715-7203
25370557      ++BRIGHT HOUSE NETWORKS LLC,    5823 WIDEWATERS PARKWAY,    EAST SYRACUSE NY 13057-3081
               (address filed with court:  Bright House Network,    5000 Campuswood Dr,    East Syracuse,
                 East Syracuse, NY 13057)
25370556       +Best Buy Credit Services,    PO Box 790441,    St. Louis, MO 63179-0441
25370559       +CPA, L.P.,    13355 Noel Rd.,    21st Floor,    Dallas, TX 75240-6602
25370558       +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
25370560       +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
25370565       +Wells Fargo Bank, N.A.,    PO Box 10335,    Des Moines, IA 50306-0335
25370566        Wells Fargo Credit Card,    PO Box 5943,    Sioux Falls, SD 57117-5943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25370561        E-mail/Text: ext_ebn_inbox@navyfederal.org Jun 24 2015 00:01:40     Navy Federal Credit Union,
                 PO Box 3000,    Merrifield, VA 22119-3000
25370563       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2015 23:54:24      SYNCB/Belk,    PO box 965029,
                 Orlando, FL 32896-5029
25370564        E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2015 23:54:40      SYNCB/Sam's Club,
                 P.O. Box 965060,    Orlando, FL 32896-5060
25370562       +E-mail/Text: cmecf@suncoastfcu.org Jun 23 2015 23:58:23      Suncoast Credit Union,
                 PO Box 11904,    Tampa, FL 33680-1904
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2015 at the address(es) listed below:
              Angela   Welch    angelalwelch@verizon.net, aesposito@ecf.epiqsystems.com
              Robert K Savage    on behalf of Debtor Carol Ann Bollinger bert@savagelaw.us
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                              TOTAL: 3

[Dowed7] [Order Withholding Entry of Discharge]

ORDERED.

Dated: **June 23, 2015**

*Michael G. Williamson*
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                   Case No.
                                                                                         8:15–bk–02644–MGW
                                                                                         Chapter 7

Carol Ann Bollinger

_____Debtor*_____/

### ORDER WITHHOLDING ENTRY OF DISCHARGE

THIS CASE came on for consideration upon the Court's own motion to consider the entry of an appropriate order. The Court has considered the record and finds that:

☑ The Debtor has failed to pay the prescribed filing fee for this case.

☐ An Order Approving the Payment of the Filing Fees in Installments was entered on Enter Date . The Debtor has failed to comply with the order by failing to remit the balance due in the amount of $ Enter Amount pursuant to Fed. R. Bankr. P. 1006.

☐ The Debtor Remove this text or type debtor's name if only one in a joint case has not filed a certificate of completion of an instructional course concerning personal financial management required by 11 U.S.C. § 727(a)(11).

☐ This case was converted from a Chapter case to a Chapter 7 case on . The Debtor has not complied with the Order of Conversion pursuant to Fed. R. Bankr. P. 1019.

☐ The Debtor has failed to pay the $25.00 conversion fee as required by 28 U.S.C. § 1930(8.2) for a motion or notice of conversion to Chapter 7.

Accordingly, it is

**ORDERED:**

1. The entry of a discharge in this case is withheld until such time as the Debtor cures the above–described deficiency pursuant to 11 U.S.C. § 105 of the Bankruptcy Code and/or Fed. R. Bank. P. 4004(c)(1)(G) (relating to fees not paid).

    2. The case will be reviewed for possible closing in thirty days, if appropriate. The Debtor's failure to cure the above–described deficiency prior to the case being closed will result in the case being closed without entry of a discharge. If the Debtor later files a motion to reopen the case in order to cure the deficiency and to obtain a discharge, the Debtor will be required to pay a reopening fee in the amount of $260.00 as prescribed by 28 U.S.C. § 1930(a) and Item (11) of the Bankruptcy Court Miscellaneous Fee Schedule.

    3. This order shall not be construed as an order either denying or granting a discharge.


The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.